# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **DR. ROBERT A. KUZNER, JR.,** *et al.,* | * |
| Plaintiffs | * |
| v. | *   Civil Action No. RWT-14-2699 |
| **ONE WEST BANK JOSEPH OTTING**, *et al.,* | * |
| | * |
| Defendants | |
| | *** |

# ORDER

For the reasons stated in the foregoing Memorandum Opinion, it is this 14th day of October, 2014, by the United States District Court for the District of Maryland, hereby **ORDERED** that:

1. Plaintiff's motion to proceed in *forma pauperis* (ECF No. 2) **IS GRANTED**;

2. The complaint **IS DISMISSED**;

3. The Clerk **SHALL PROVIDE** a copy of the foregoing Memorandum Opinion and a copy of this Order to plaintiff, Dr. Robert A. Kuzner, Jr.; and

4. The Clerk **SHALL CLOSE** this case.

/s/
Roger W. Titus
United States District Judge